UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00207

**Rondrick Grant,**
*Plaintiff,*

v.

**Unknown Watson et al.,**
*Defendants.*

## ORDER

Plaintiff Rondrick Grant, proceeding pro se and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

On January 30, 2024, the magistrate judge entered a report recommending that defendants' motion for summary judgment on the merits of the lawsuit be granted. Doc. 37. Plaintiff did not file timely objections to the report.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts the report's findings and recommendations. Defendants' motion for summary judgment (Doc. 36) is granted, and this case is dismissed with prejudice.

So ordered by the court on March 8, 2024.

J. CAMPBELL BARKER
United States District Judge